IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

SHARON TEDESCO, et al.,

    Plaintiffs,

  v.

                              Civil Action No. 1:23-1030

SPOONFLOWER, INC., et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiffs' motion to set a deadline of November 24, 2025, for them to seek reconsideration of the court's order dismissing their complaint and to seek leave to file an amended complaint. See ECF No. 25. Defendants do not oppose plaintiffs' request for additional time. For good cause shown, plaintiffs' motion is **GRANTED** insofar as it seeks additional time to file a motion to amend the complaint. Plaintiffs have until November 24, 2025, to file a motion to amend the complaint pursuant to Federal Rule of Civil Procedure 15. If a motion to file an amended complaint is not filed by that date, the court will enter a judgment order dismissing this case, consistent with its Memorandum Opinion and Order entered on September 26, 2025. Because a judgment order has not yet been entered, a motion to alter or amend pursuant to Federal

Rule of Civil Procedure 59(e) is premature and plaintiffs' request to extend the deadline for doing so is **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 31st day of October, 2025.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge